1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10   VIVIANNA H.,                          Case No. 2:25-cv-01130-JWH(E)

11              Plaintiff,

                                           **ORDER ACCEPTING FINDINGS,**
12        v.                               **CONCLUSIONS AND**
                                           **RECOMMENDATIONS OF**
13   COMMISSIONER OF SOCIAL                **UNITED STATES MAGISTRATE**
     SECURITY,                             **JUDGE**
14
                Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the
2    records herein and the attached Report and Recommendation of United States
3    Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those
4    portions of the Report and Recommendation to which any objections have been
5    made.

6    The Report recommends the dismissal of this action, in which Plaintiff
7    Vivianna H. challenges the Commissioner's finding that she was overpaid disability
8    benefits while she was employed.  (ECF No. 17.)  Plaintiff's objections to the Report
9    (ECF No. 18) do not merit any change to the Report's findings or
10   recommendations.

11   Plaintiff objects that she was unable to engage in substantial gainful activity
12   during the period of overpayment.  (ECF No. 18 at 2-3.)  As support, Plaintiff cites
13   evidence, which the Appeals Council made a part of the record in the first instance,
14   reporting details about Plaintiff's work activities on November 12, 2018; January 21,
15   2020; and May 31, 2022.  (*Id.* (citing ECF No. 11-1 at 112-20).)  That evidence,
16   however, showed that Plaintiff earned income commensurate with substantial
17   gainful activity during the period of overpayment from April 2020 to July 2022.
18   (ECF No. 11-1 at 116-20.)  Thus, the Court agrees with the Report that substantial
19   evidence supported the Commissioner's conclusion that Plaintiff had engaged in
20   substantial gainful activity and, therefore, had been overpaid disability benefits.
21   (ECF No. 17 at 5-6.)

22   Plaintiff objects that the ALJ erred by failing to mention or evaluate that
23   evidence.  (ECF No. 18 at 3.)  As the Report explained, however, the ALJ did not
24   consider that evidence because it was made a part of the record in the first instance
25   by the Appeals Council.  (ECF No. 17 at 4 n.2; *see also* ECF No. 11-1 at 5.)  Thus,
26   the Court reviews such evidence under the substantial-evidence standard.  (ECF
27   No. 17 (citing *Brewes v. Comm'r*, 682 F.3d 1157, 1163 (9th Cir. 2012).)  The Court

28

2

agrees with the Report that substantial evidence supported the Commissioner's conclusion that Plaintiff was overpaid.  (ECF No. 17 at 5-6.)

Accordingly, the Court hereby **ORDERS** as follows:

1.      The Magistrate Judge's Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2.      Judgment shall be entered **DISMISSING** the action **with prejudice**.

3.      The Clerk is **DIRECTED** forthwith to serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment on Plaintiff and counsel for Defendant.

**IT IS SO ORDERED.**

Dated:    September 4    , 2025.

John W. Holcomb
United States District Judge

3