JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANNA H., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 2:25-cv-01130-JWH(E) <br><br> **JUDGMENT** |



1     It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the action is
2 **DISMISSED with prejudice**.
3     **IT IS SO ORDERED.**
4
5     Dated:  September 4 , 2025.
6                                                   John W. Holcomb
7                                                 United States District Judge